```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**  Case No. 12-cr-162-PB

**Dana Moody**

**O R D E R**

The defendant has moved to continue the August 20, 2013 trial in the above case, citing the need for additional time to finalize a negotiated plea agreement and schedule a September plea hearing.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from August 20, 2013 to October 1, 2013.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 5, 2013 final pretrial conference is cancelled and a plea hearing shall be scheduled in September.

SO ORDERED.

/s/Paul Barbadoro<br>Paul Barbadoro<br>United States District Judge

August 5, 2013

cc: Behzad Mirhashem, Esq.
    Helen Fitzgibbon, AUSA
    United States Marshal
    United States Probation